# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ERICA DANCY
Plaintiff

v.

3:24-cv-03118-G
Civil Action No.

AMAZON.COM SERVICES, LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant, Amazon.Com Services LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Amazon.com Sales, Inc. (100%)

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Amazon.Com Services LLC
Amazon.com Sales, Inc.

|               |                              |
|---------------|------------------------------|
| Date:         | January 3, 2025              |
| Signature:    | /s/ Nicholas Bettinger       |
| Print Name:   | Nicholas Bettinger           |
| Bar Number:   | 02268470                     |
| Address:      | 777 Main Street, Suite 2700  |
| City, State, Zip: | Fort Worth, TX 76102     |
| Telephone:    | 817-336-8651                 |
| Fax:          | 817-334-0271                 |
| E-Mail:       | nickb@mcdonaldlaw.com        |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.